814

No. 132. SAWYER *v.* PIONEER MILL CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied. *Robert W. Kenny* for petitioner. *J. Russell Cades* and *Marion B. Plant* for respondents.

No. 135. ESSO STANDARD OIL CO. *v.* FALL, ADMINISTRATRIX. C. A. 5th Cir. Certiorari denied. *Walter X. Connor* and *Louis Kurz, Jr.* for petitioner. *William M. Alper* for respondent.

No. 138. PIERCE, EXECUTRIX, *v.* ALLEN B. DuMONT LABORATORIES, INC. C. A. 3d Cir. Certiorari denied. *Robert H. Rines, David Rines* and *Thomas Cooch* for petitioner. *Floyd H. Crews* and *Donald J. Overocker* for respondent.

No. 139. HENWOOD ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners. *Solicitor General Cox, Peter A. Dammann* and *Walter P. North* for the Securities and Exchange Commission, and *Frank G. Raichle* for United Industrial Corp., respondents.

No. 149. HARLOW ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joel W. Westbrook* for petitioner Harlow. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 151. BANKERS TRUST CO. ET AL., EXECUTORS, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leonard M. Wallstein, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John B. Jones, Jr.* for the United States.